No. 262. MAY DEPARTMENT STORES CO., DOING BUSINESS AS FAMOUS-BARR CO., *v.* NATIONAL LABOR RELATIONS BOARD. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Milton H. Tucker* and *Robert T. Burch* for petitioner. *Solicitor General McGrath, Gerhard P. Van Arkel, Morris P. Glushien* and *Isadore Greenberg* for respondent. 

No. 267. BANK OF CALIFORNIA NATIONAL ASSOCIATION, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Allen G. Wright, Randell Larson* and *Edward Hale Julien* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *William Robert Koerner* for respondent. 

No. 268. LOWRY *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Owen Rall* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Harold C. Wilkenfeld* for respondent.

No. 269. GARDNER, TRUSTEE, *v.* GRISWOLD, ADMINISTRATRIX. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Harold A. Smith* for petitioner. *Royal W. Irwin* for respondent.